No. —— ——. ABLES v. OFFICE OF PERSONNEL MANAGEMENT;
No. —— ——. ANNIS ET AL. v. DAYTON, OHIO; and
No. —— ——. HUDSON LIGHT AND POWER DEPARTMENT ET AL. v. MASSACHUSETTS MUNICIPAL WHOLESALE ELECTRIC CO.

Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.